## TRACY v. CALIFORNIA ELECTRICAL WORKS.

Court of Appeal, First District; April 5, 1907.

90 Pac. 463.

APPEAL from Superior Court, City and County of San Francisco; Frank H. Kerrigan, Judge.

Action by H. H. Tracy against the California Electrical Works. From a judgment for plaintiff, defendant appeals. Affirmed.

Frank M. Parcells for appellant; William H. Schooler for respondent.

HALL, J.—Appeal from order denying defendant's motion for a new trial.

In this action defendant pleaded as a counterclaim the same matters pleaded as a defense, and by way of cross-complaint, in the action of the same title, and numbered 205, this day decided by this court: Ante, p. 324, 90 Pac. 461. The two cases involved the same issues, and were tried upon the same testimony, and the same grounds are urged for a reversal of the order.

For the reasons set forth in the opinion this day filed in said action No. 205, the order appealed from is affirmed.

We concur: Cooper, P. J.; Kerrigan, J.